IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN FISHBEIN, | Civ. No. 1:23-CV-1820 |
| Plaintiff, | |
| v. | (Magistrate Judge Bloom) |
| PENNSYLVANIA TURNPIKE COMMISSION, | |
| Defendant. | |

## ORDER

AND NOW, this 25th day of April 2024, for the reasons outlined in the accompanying Memorandum Opinion, the defendant's motion to dismiss (Doc. 5) is GRANTED, and the plaintiff's claims are dismissed WITH PREJUDICE. The Clerk of Court is directed to close this case.

<u>s/ Daryl F. Bloom</u>
Daryl F. Bloom
United States Magistrate Judge